## Commonwealth *v.* Colello, Appellant.

Submitted November 10, 1969. *Carl M. Moses,* for appellant; *Edward M. Bell,* District Attorney, for Commonwealth, appellee.

Order affirmed.